# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4123

_____

| | | |
|---|---|---|
| Lenora Polk Watson, for Bobby J. Watson, | * * * | |
| Appellant, | * * | Appeal from the United States District Court for the |
| v. | * * | Eastern District of Arkansas |
| Kenneth S. Apfel, Commissioner of Social Security Administration, | * * * * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: January 4, 1999
Filed: January 13, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD
ARNOLD, Circuit Judges.

_____

PER CURIAM.

Lenora Polk Watson, on behalf of her minor son, Bobby J. Watson, appeals from
the final judgment entered in the District Court[1] for the Eastern District of Arkansas

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the
Eastern District of Arkansas, adopting the report and recommendations of the
Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District
of Arkansas.

granting summary judgment to the Commissioner and affirming the Commissioner's decision to deny Bobby Supplemental Security Income benefits. After carefully reviewing the record and the parties' submissions, we conclude that substantial evidence on the record as a whole supports the Commissioner's decision. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.